UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TONYA STROUP,**<br><br>    Plaintiff<br><br>v.<br><br>**THE COORDINATING CENTER,**<br><br>    Defendant | **Case No.  1:23-cv-94** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to DISMISS the action and all claims WITH PREJUDICE, with the parties to bear their own costs and attorney's fees incurred in connection with the claims.

Respectfully submitted,

| | |
|---|---|
| */s/ Marc D. Schifanelli* | */s/Megan M. Jenkins* |
| Marc D. Schifanelli, Esquire | Megan M. Jenkins (20894) |
| Bar No.: 27753 | John S. Vanderwoude |
| P.O. Box 1023 | ECCLESTON & WOLF, P.C. |
| Stevensville, MD 21666 | Baltimore-Washington Law Center |
| Ph: (240) 882-2402 | 7240 Parkway Drive, 4th Floor |
| *Attorney for Plaintiff* | Hanover, MD 21076-1378 |
| | (410) 752-7474 |
| | (410) 752-0611 (fax) |
| | E-mail: jenkins@ewmd.com |
| | *Attorney for Defendant* |

Seen and approved by: _____

The Honorable Erin Aslan, Magistrate Judge
United States District Court for the District of Maryland

Date: April 5, 2024

J:\2C280\Plead\Stip Dismiss.docx